District Judge Tiffany M. Cartwright

1

2

3

4

5

6

7     UNITED STATES DISTRICT COURT FOR THE
      WESTERN DISTRICT OF WASHINGTON
8                     AT SEATTLE

9

PAOLA AMPARO GUZMAN ALFARO,            Case No. 2:25-cv-01706-TMC
10
                        Petitioner,    STIPULATED MOTION AND ORDER
11          v.                         TO CONTINUE DEADLINES

12   LAURA HERMOSILLO, et al.,[1]      Noted for Consideration:
                                       November 7, 2025
13                      Respondents.

14

15          Pursuant to Federal Rule of Civil Procedure 6, and Local Rule 10(g), Petitioner and Federal

16   Respondents[2] stipulate and move to extend Federal Respondents' deadline to respond to

17   Petitioner's Motion for Fees and Costs (Dkt. No. 20) to December 12, 2025. Federal Respondents'

18   current deadline is November 12, 2025. There is good cause for this Court to enter an extended

19   deadline.

20          First, Federal Respondents submit, that due to the current lapse in appropriations to the

21   Department of Justice, there is good cause to extend the deadline here. Federal Respondents'

22

23

24   [1] Pursuant to Federal Rule of Civil Procedure 25(d), Federal Respondents substitute Acting Field Office Director
     Laura Hermosillo for Cammilla Wamsley.
     [2] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

1  counsel is unable to work on resolving EAJA fee requests during the lapse of appropriations.

2  Second, once the lapse in appropriations has ended, the parties will attempt to resolve this issue

3  without further judicial involvement. If the lapse in appropriations does not end prior to December

4  12, 2025, the parties will submit a further status update with the Court.

5      The parties propose the following response schedule to Petitioner's motion for fees and

6  costs:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to Fees Motion | December 12, 2025 |
| Petitioner's reply in support of the Fees Motion | December 17, 2025 |

11      Accordingly, the parties request that the Court enter the proposed briefing schedule.

12      DATED this 7th day of November, 2025.

13  Respectfully submitted,

14  CHARLES NEIL FLOYD

CHARLES NEIL FLOYD
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Federal Respondents*

*I certify that this memorandum contains 211 words, in compliance with the Local Civil Rules.*

ENTRE HERMANOS

*s/ Kelsey Lee Shamrell-Harrington*
KELSEY LEE SHAMRELL-HARRINGTON,
WSBA #55634
Entre Hermanos
1621 S Jackson Street, Suite 202
Seattle, Washington 98144
Phone: (206) 538-0167
Email: kelsey@entrehermanos.org

NATIONS LAW GROUP

*s/ Nicolas A. Olano*
NICOLAS A. OLANO, AK Bar# 2105042
Nations Law Group
2525 Blueberry Road, Suite 207
Anchorage, Alaska 99503
Phone: (907)770-0909
Email: nicolas@nationslawak.com

1

2

*Attorneys for Petitioner*

**ORDER**

3      The parties having stipulated and agreed, it is hereby so ORDERED.    The parties shall

4   submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to Fees Motion | December 12, 2025 |
| Petitioner's reply in support of the Fees Motion | December 17, 2025 |

9      If the lapse in appropriations to the Department of Justice does not end prior to December

10   12, 2025, the parties shall submit a status report with this Court.

11

12      DATED this 7th day of November, 2025.

13

14   _____

15   TIFFANY M. CARTWRIGHT
     United States District Judge

16

17

18

19

20

21

22

23

24